*E-FILED 12/16/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDRE V. JACKSON, | No. C 10-5357 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| R. SHELLBARGER, | |
| Defendant. / | |

This is a civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff was ordered to file (1) a complete application to proceed *in forma pauperis* ("IFP") or (2) pay the filing fee, or, failing to take either action, face dismissal of the action within 30 days of the date the order was filed. Plaintiff has not paid the filing fee of $350.00, and he has filed an incomplete IFP application, in that it lacks a certificate of funds <u>signed</u> by an authorized prison officer. Plaintiff has submitted an unsigned certificate. Accordingly, plaintiff not having met the requirements for the proper filing of an IFP application, the action is DISMISSED without prejudice to plaintiff filing a certificate of funds signed by an authorized prison officer. Plaintiff's motion to proceed IFP (Docket No. 4) is DENIED without prejudice.

The Court declines to issue a certificate of appealability.  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  The Clerk shall enter judgment in favor of defendant, terminate Docket No. 7, and close the file.

**IT IS SO ORDERED**.

DATED: December 15, 2010

_____
RICHARD SEEBORG
United States District Judge